Dismissed and Memorandum Opinion filed February 21, 2008








Dismissed
and Memorandum Opinion filed February 21, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00745-CV

____________

 

DOV AVNI KAMINETZKY a/k/a DOV AVNI, Appellant

 

V.

 

MISSION BEND NO. 5 HOME ASSOCIATION, INC., Appellee

 



 

On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 2005-50707

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed June 12, 2007.  The reporter=s record was filed on October 24,
2007.  The clerk=s record was filed on October 26, 2007.  Appellant=s brief was due November 26, 2007,
but it was not filed.  No motion for extension of time to file appellant=s brief was filed.








On
December 13, 2007, this court issued an order stating that unless appellant
submitted his brief, together with a motion reasonably explaining why the brief
was late, on or before January 14, 2008, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).  Appellant did not file a brief or a motion for
extension of time.  Instead, he filed a motion to abate the appeal pending
rulings in the trial court.  On February 7, 2008, the court denied the motion.

To date,
no brief or motion for extension of time has been filed.  Accordingly, the
appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
February 21, 2008.

Panel consists of Chief Justice Hedges and Justices
Anderson and Boyce.